ERIC L. CRAMER (*pro hac vice forthcoming*)
BERGER MONTAGUE PC
1818 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 875-3000
Facsimile: (215) 875-4604
ecramer@bm.net

Michael J. Gayan
CLAGGETT & SYKES
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Telephone: (702) 333-7777
Fax: (702) 655-3763
mike@claggettlaw.com

[Additional Counsel Listed on Signature Page]

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>　　　　　Defendants. | No.: 2:25-cv-00914-ART-BNW<br><br>**CERTIFICATE OF INTERESTED PARTIES FILED BY PLAINTIFF** |

1    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, Plaintiff Mikhail Cirkunovs,
2  by and through the undersigned attorneys, submits this Certificate of Interested Parties. The undersigned
3  certify that there are no known interested parties other than those participating in the case.

Dated: May 29, 2025                              Respectfully submitted,

                                                 /s/ Michael Gayan
                                                 Michael J. Gayan
                                                 CLAGGET & SYKES
                                                 4101 Meadows Lane, Ste. 100
                                                 Las Vegas, NV 89107
                                                 Telephone: (702) 333-7777
                                                 Fax: (702) 655-3763

                                                 *Liaison Counsel for Plaintiff Mikhail Cirkunovs
                                                 and the Proposed Class*

                                                 Eric L. Cramer (*pro hac vice* forthcoming)
                                                 Michael Dell'Angelo (*pro hac vice* forthcoming)
                                                 Patrick F. Madden (*pro hac vice* forthcoming)
                                                 BERGER MONTAGUE PC
                                                 1818 Market Street, Suite 3600
                                                 Philadelphia, PA 19103
                                                 Telephone: (215) 875-3000
                                                 Facsimile:  (215) 875-4604
                                                 ecramer@bm.net
                                                 mdellangelo@bm.net
                                                 pmadden@bm.net

                                                 Joshua P. Davis (*pro hac vice* forthcoming)
                                                 Kyla Gibboney (*pro hac vice* forthcoming)
                                                 Robert C. Maysey (*pro hac vice* forthcoming)
                                                 505 Montgomery Street, Suite 625
                                                 San Francisco, CA 94111
                                                 Telephone: (415) 906-0684
                                                 Facsimile: (215) 875-4604
                                                 jdavis@bm.net
                                                 rmaysey@bm.net

                                                 *Counsel for Plaintiff Mikhail Cirkunovs and the
                                                 Proposed Class*

Joseph R. Saveri (*pro hac vice* forthcoming)
Kevin E. Rayhill (*pro hac vice* forthcoming)
Chris Young (*pro hac vice* forthcoming)
Itak Moradi (*pro hac vice* forthcoming)
JOSEPH SAVERI LAW FIRM
601 California Street, Suite 1000
San Francisco, California 94108
Telephone: (415) 500-6800
Facsimile: (415) 395-9940
jsaveri@saverilawfirm.com
krayhill@saverilawfirm.com
cyoung@saverilawfirm.com
imoradi@saverilawfirm.com

Benjamin D. Brown (*pro hac vice* forthcoming)
Richard A. Koffman (*pro hac vice* forthcoming)
Daniel H. Silverman (*pro hac vice* forthcoming)
Daniel Gifford (*pro hac vice* forthcoming)
COHEN MILSTEIN SELLERS
  & TOLL, PLLC
1100 New York Ave., N.W., Suite 500, East Tower Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com
dgifford@cohenmilstein.com

W. Joseph Bruckner (*pro hac vice* forthcoming)
Brian D. Clark (*pro hac vice* forthcoming)
Consuela Abotsi-Kowu (*pro hac vice* forthcoming)
LOCKRIDGE GRINDAL NAUEN PLLP
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 596-4001
Facsimile: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com
cmabotsi-kowu@locklaw.com

Kyle Pozan (*pro hac vice* forthcoming)
LOCKRIDGE GRINDAL NAUEN PLLP
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Telephone: (612) 339-6900
kjpozan@rlocklaw.com

*Additional Counsel for Plaintiff Mikhail Cirkunovs and the Proposed Class*

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing document was served on May 29, 2025, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

        */s/ Nicole McLeod*
        An Employee of CLAGGETT & SYKES LAW FIRM