# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Mikhail Cirkunovs,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>Zuffa, LLC, et al.,<br>　　　　　　　　　Defendants. | Case No. 2:25-cv-00914-ART-BNW<br><br>Reassignment Order |
| Kajan Johnson, et al.,<br>　　　　　　　　　Plaintiffs,<br>　　v.<br>Zuffa, LLC, et al.,<br>　　　　　　　　　Defendants. | Case No. 2:21-cv-01189-RFB-BNW |

The presiding district judges have reviewed the cases named in the caption and determined that they are related. Further, the presiding judges have agreed that there is good cause to transfer the most recently filed case to one district judge under Local Rule 42-1. Reassignment will promote judicial efficiency and not result in prejudice to the parties.

It is therefore ordered that Case Number 2:25-cv-00914-ART-BNW be reassigned to Judge Richard F. Boulware, II. The Clerk of Court is directed to update Case Number 2:25-cv-00914-ART-BNW to appear as Case Number 2:25-cv-00914-RFB-BNW.

DATED THIS 2 Day of June 2025.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE