1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Mikhail Cirkunovs,                                    )          Case #2:25-cv-00914_____
                                                      )
                                                      )
                                                      )          **VERIFIED PETITION FOR**
                       Plaintiff(s),                  )          **PERMISSION TO PRACTICE**
                                                      )          **IN THIS CASE ONLY BY**
           vs.                                        )          **ATTORNEY NOT ADMITTED**
Zuffa LLC, et al.,                                    )          **TO THE BAR OF THIS COURT**
                                                      )          **AND DESIGNATION OF**
                                                      )          **LOCAL COUNSEL**
                                                      )
                       Defendant(s).                  )
                                                      )          FILING FEE IS $250.00

_____Michael Dell'Angelo_____, Petitioner, respectfully represents to the Court:
                 (name of petitioner)

          1.       That Petitioner is an attorney at law and a member of the law firm of

_____Berger Montague PC_____
                                (firm name)

with offices at _____1818 Market Street, Suite 3600_____,
                                (street address)

_____Philadelphia_____, _Pennsylvania_____ [▼] , __19103__,
         (city)                    (state)                      (zip code)

_____215-875-3000_____, _____mdellangelo@bm.net_____.
  (area code + telephone number)              (Email address)

          2.       That Petitioner has been retained personally or as a member of the law firm by

_____Mikhail Cirkunovs_____ to provide legal representation in connection with
              [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.    That since _____January 2, 1998_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _Pennsylvania___ ▾
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Pennsylvania

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3                                                          _____
                                                                Petitioner's signature

4  STATE OF Pennsylvania    ▾    )
                                                    )
5  COUNTY OF ____Philadelphia____    )

6          Michael Dell'Angelo

7  _____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _____
                                                                Petitioner's signature

10  Subscribed and sworn to before me this

11  3rd

12  _____ day of _June_, 2025.

13  _____

        Notary Public or Clerk of Court

14

15  Commonwealth of Pennsylvania - Notary Seal
     RITAMARIE DALEY, Notary Public
16        Philadelphia County
     My Commission Expires November 4, 2025
         Commission Number 1365465

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

19  believes it to be in the best interests of the client(s) to designate ____Michael Gayan____,
                                                                                              (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action.  The address and email address of

22  said designated Nevada counsel is:

23  _____Claggett & Sykes, 4101 Meadows Lane, Suite 100_____,
                                      (street address)

24  ____Las Vegas____, ____Nevada____ ▾, ____89107____,
              (city)                          (state)                          (zip code)

25

26  ____702-323-8649____, ____mike@claggettlaw.com____.
        (area code + telephone number)            (Email address)

27

28                                              4                                        Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Michael Gayan _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Mikhail Cirkunovs_
_____
(party's signature)

Mikhail Cirkunovs
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11135                          mike@claggettlaw.com
_____
Bar number                     Email address

APPROVED:

Dated: this _5___ day of ___June_____, 20 25 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| Jurisdiction | Year Admitted | Bar or Reg. No. |
|---|---|---|
| Supreme Court of Pennsylvania | 01/02/1998 | 80910 |
| Supreme Court of New Jersey | 12/15/1997 | 32581997 |
| U.S. Court of Appeals for the Second Circuit | 11/29/2016 | |
| U.S. Court of Appeals for the Fourth Circuit | 09/28/2012 | |
| U.S. Court of Appeals for the Seventh Circuit | 03/18/2015 | |
| U.S. Court of Appeals for the Eleventh Circuit | 09/20/2019 | |
| U.S.D.C. Eastern District of Pennsylvania | 05/20/2009 | 80910 |
| U.S.D.C. District of New Jersey | 1997 | 32581997 |
| U.S.D.C. Northern District of Illinois | 09/25/2012 | |
| U.S.D.C. District of Columbia | 06/2020 | PA0090 |
| U.S.D.C. Southern District of Texas | 02/24/2025 | 3874902 |



Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Michael C. Dell'Angelo IV, Esq.*

**DATE OF ADMISSION**

*January 2, 1998*

The above named attorney was duly admitted to the bar of the Commonwealth of
Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated:  May 29, 2025**

Darian Holland
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **MICHAEL C DELL'ANGELO IV** *(No.* **032581997** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 15, 1997** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 21st day of May, 2025.*

Clerk of the Supreme Court