# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Mikhail Cirkunovs,

        Plaintiff(s),

vs.

Zuffa LLC, et al.,

        Defendant(s).

Case #2:25-cv-00914

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Eric L. Cramer_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Berger Montague PC
(firm name)

with offices at 1818 Market Street, Suite 3600,
(street address)

Philadelphia, Pennsylvania, 19103,
(city)     (state)     (zip code)

215-875-3000, ecramer@bm.net.
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

Mikhail Cirkunovs to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.      That since ____December 1, 1993____, Petitioner has been and presently is a
                                (date)
member in good standing of the bar of the highest Court of the State of _Pennsylvania_
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See attached. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

(State""none" if Petitioner has no disciplinary proceedings, etc.) None

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.) None

7. That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.) Pennsylvania

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Pennsylvania )
)
COUNTY OF Philadelphia )

_____Eric L. Cramer_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__3rd__ day of __June__, __2025__.

_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
RITAMARIE DALEY, Notary Public
Philadelphia County
My Commission Expires November 4, 2025
Commission Number 1275625

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Michael Gayan_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Claggett & Sykes, 4101 Meadows Lane, Suite 100_____,
(street address)

___Las Vegas___, ___Nevada___, ___89107___,
(city)           (state)           (zip code)

___702-323-8649___, ___mike@claggettlaw.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael Gayan_____ as his/her/their Designated Resident Nevada Counsel in this case.
(name of local counsel)

*/s/ Mikhail Cirkunovs*
(party's signature)
Mikhail Cirkunovs
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11135                   mike@claggettlaw.com
Bar number              Email address

APPROVED:

Dated: this _5_ day of ___June___, 20 25.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

| Name of Court | Bar ID No. | Date of Admission |
|---|---|---|
| Supreme Court of Pennsylvania | 69289 | 12/1/1993 |
| Supreme Court for the States of New York, Appellate Division, Fourth Judicial Dept. | 2632065 | 8/16/1994 |
| US Court of Appeals, 2nd Circuit | No Bar Number | 10/30/2013 |
| US Court of Appeals, 3rd Circuit | No Bar Number | 2/28/1994 |
| US Court of Appeals, 4th Circuit | No Bar Number | 10/11/2012 |
| US Court of Appeals, 6th Circuit | No Bar Number | 5/3/2001 |
| U.S. Court of Appeals, 9th Circuit | No Bar Number | 8/26/1997 |
| US Court of Appeals, 10th Circuit | No Bar Number | 6/5/2024 |
| USDC Eastern District of Pennsylvania | No Bar Number | 2/10/1994 |
| USDC Eastern District of Wisconsin | No Bar number | 4/21/2023 |



## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

### *Eric L. Cramer, Esq.*

#### DATE OF ADMISSION

*December 1, 1993*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  May 29, 2025

_____
Darian Holland
Chief Clerk



## Appellate Division of the Supreme Court of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Eric Leon Cramer

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **August 16, 1994**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 29, 2025.

*Robert D. Mayberger*
Clerk of the Court

CertID-00234266