1
2
3
4
5

6                **UNITED STATES DISTRICT COURT**
7                    **DISTRICT OF NEVADA**

8   Mikhail Cirkunovs, on behalf of himself and     )    Case #2:25-cv-00914-RFB-BNW
9   all others similarly situated,                  )
                                                     )
10                  Plaintiff(s),                    )    **VERIFIED PETITION FOR**
                                                     )    **PERMISSION TO PRACTICE**
11        vs.                                        )    **IN THIS CASE ONLY BY**
    Zuffa LLC, TKO Operating Company, LLC f/k/a/     )    **ATTORNEY NOT ADMITTED**
12  Zuffa Parent LLC (d/b/a Ultimate Fighting        )    **TO THE BAR OF THIS COURT**
    Championship and UFC) and Endeavor Group         )    **AND DESIGNATION OF**
13  Holdings, Inc.,                                  )    **LOCAL COUNSEL**
                    Defendant(s).                    )
14  _____         )    FILING FEE IS $250.00

15

16        _____Christopher K.L. Young_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)
17
18        1.    That Petitioner is an attorney at law and a member of the law firm of
    _____Joseph Saveri Law Firm, LLP_____
19                                (firm name)
20  with offices at _____601 California Street, Suite 1505_____,
                                    (street address)
21  _____San Francisco_____, _____California_____, ____94108____,
22            (city)                      (state)                 (zip code)
23  _____(415) 500-6800_____, ____cyoung@saverilawfirm.com____.
        (area code + telephone number)            (Email address)
24
25        2.    That Petitioner has been retained personally or as a member of the law firm by
    _____Mikhail Cirkunovs_____ to provide legal representation in connection with
26                      [client(s)]
27  the above-entitled case now pending before this Court.

28
                                                                    Rev. 5/16

3.    That since _____December 2, 2017_____, Petitioner has been and presently is a
(date)

member in good standing of the bar of the highest Court of the State of _____California_____
(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Central District Court | 11/06/2019 | 318371 |
| California Eastern District Court | 11/13/2019 | 318371 |
| California Northern District Court | 11/01/2019 | 318371 |
| California Southern District Court | 11/05/2019 | 318371 |
| U.S. Court of Appeals, Ninth Circuit | 11/02/2020 | 318371 |
| U.S. Court of Appeals, Eleventh Circuit | 07/05/2022 | 318371 |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)   None

7.     That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)   California

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 9/21/2023 | *Johnson v. Zuffa, LLC* | USDC-NV Case No. 2:21-cv-01189-RFB-BNW | Granted |
|  | *Davis v. Zuffa, LLC* | USDC-NV Case No. 2:25-cv-00946-RFB-BNW | Pending |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____California_____ )
                                  )
COUNTY OF ____San Francisco____ )

_____Christopher K.L. Young_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

___9th___ day of ___June___, ___2025___.

ASHLEIGH JENSEN
Notary Public - California
Contra Costa County
Commission # 2431716
My Comm. Expires Dec 21, 2026

_____
Notary Public or Clerk of Court

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
## THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner
believes it to be in the best interests of the client(s) to designate ____Michael J. Gayan____,
                                                                        (name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the
above-entitled Court as associate resident counsel in this action.  The address and email address of
said designated Nevada counsel is:

_____4101 Meadows Lane, Suite 100_____,
                          (street address)

_____Las Vegas_____, _____Nevada_____, ___89107___
       (city)                 (state)          (zip code)

____(702) 333-7777____, ____mike@claggettlaw.com____.
(area code + telephone number)      (Email address)

4

Rev. 5/16

1   By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2   agreement and authorization for the designated resident admitted counsel to sign stipulations

3   binding on all of us.

4

5   **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7   The undersigned party(ies) appoint(s) _____ Michael J. Gayan _____ as

8   his/her/their Designated Resident Nevada Counsel in this case.

(name of local counsel)

9

10   _/s/ Mikhail Cirkunovs_
(party's signature)

11

12   Mikhail Cirkunovs
(type or print party name, title)

13

14   (party's signature)

15

16   (type or print party name, title)

17   **CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20   Designated Resident Nevada Counsel's signature

21   11135                         mike@claggettlaw.com

22   Bar number                 Email address

23

24   APPROVED:

25   Dated: this _ **13** _ day of \_\_\_ **June** _____, 20 **25** .

26

27   UNITED STATES DISTRICT JUDGE

28                              5                              Rev. 5/16



# Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

## *CHRISTOPHER KAR-LUN YOUNG*

*I, JORGE E. NAVARRETE, Clerk and Executive Officer of the Supreme Court of the State of California, do hereby CHRISTOHER KAR-LUN YOUNG, #318371, was on the 2nd day of December 2017, duly admitted to practice as an attorney and counselor at law in all the courts of this state and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of June 2025.*

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

By: _____
*D. Urzua, Deputy Clerk*