1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8        Case #2:25-cv-00914-RFB-BNW

Mikhail Cirkunovs, on behalf of himself and
9    all others similarly situated,

**VERIFIED PETITION FOR**
10              Plaintiff(s),        **PERMISSION TO PRACTICE**
                                     **IN THIS CASE ONLY BY**
11        vs.                        **ATTORNEY NOT ADMITTED**
                                     **TO THE BAR OF THIS COURT**
12   Zuffa LLC, TKO Operating Company, LLC f/k/a   **AND DESIGNATION OF**
     Zuffa Parent LLC (d/b/a Ultimate Fighting     **LOCAL COUNSEL**
13   Championship and UFC) and Endeavor Group
     Holdings, Inc.,       Defendant(s).
14                                   FILING FEE IS $250.00

15

16        _____Itak Moradi_____, Petitioner, respectfully represents to the Court:
                  (name of petitioner)
17

18        1.    That Petitioner is an attorney at law and a member of the law firm of

19   _____Joseph Saveri Law Firm, LLP_____
                              (firm name)

20   with offices at _____601 California Street, Suite 1505_____,
                                   (street address)

21   _____San Francisco_____, _____California_____, ___94108___
              (city)                      (state)              (zip code)

22

23   _____(415) 500-6800_____, ___imoradi@saverilawfirm.com___.
     (area code + telephone number)          (Email address)

24        2.    That Petitioner has been retained personally or as a member of the law firm by

25   _____Mikhail Cirkunovs_____ to provide legal representation in connection with
                  [client(s)]

26

27   the above-entitled case now pending before this Court.

28
                                                              Rev. 5/16

1        3.    That since _____July 18, 2016_____, Petitioner has been and presently is a

2                        (date)

member in good standing of the bar of the highest Court of the State of _____California_____

                        (state)

3  where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7        4.    That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| California Northern District Court | 08/15/2023 | 310537 |
| California Central District Court | 05/19/2021 | 310537 |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 09/21/2023 | *Johnson v. Zuffa, LLC* | USDC-NV Case No. 2:21-cv-01189-RFB-BNW | Granted |
| | *Davis v. Zuffa, LLC* | USDC-NV Case No. 2:25-cv-00946-RFB-BNW | Pending |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4    _____
                                        Petitioner's signature

5  STATE OF _____California_____  )
                                    )
6  COUNTY OF ____San Francisco____  )

7    _____Itak Moradi_____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9    _____
                                        Petitioner's signature

10  Subscribed and sworn to before me this

11  _11th___ day of ____June____, 2025.

12

13  _____
              Notary Public or Clerk of Court

14

LORI DENISE TYLER
Notary Public - California
Solano County
Commission # 2485176
My Comm. Expires Mar 22, 2028

15

16  **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO
    THE BAR OF THIS COURT AND CONSENT THERETO.**

17    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18  believes it to be in the best interests of the client(s) to designate _____Michael J. Gayan_____,
                                                                              (name of local counsel)

19  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23    _____4101 Meadows Lane, Suite 100_____,
                                (street address)

24    _____Las Vegas_____,  _____Nevada_____,  ___89107___,
              (city)                    (state)              (zip code)

25

26    ____(702) 333-7777____,  ____mike@claggettlaw.com____.
        (area code + telephone number)        (Email address)

27

28                                        4                                Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Michael J. Gayan _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Mikhail Cirkunovs_____
(party's signature)

Mikhail Cirkunovs_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

11135_____    mike@claggettlaw.com_____
Bar number                            Email address

APPROVED:

Dated: this _ 13 _ day of ____ June _____, 20 25 .

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



## Supreme Court of California

JORGE E. NAVARRETE

*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ITAK MORADI*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Itak Moradi #310537, was on the 18th day of July 2016, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 10th day of June 2025.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____

*Michael Hallisy, Deputy Clerk*