**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Mikhail Cirkunovs, on behalf of himself and all others similarly situated,

Plaintiff(s),

vs.

Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,

Defendant(s).

Case #2:25-cv-00914-RFB-BNW

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

_____Joseph R. Saveri_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

Joseph Saveri Law Firm, LLP
(firm name)

with offices at __601 California Street, Suite 1505__,
(street address)

__San Francisco__, __California__, __94108__,
(city) (state) (zip code)

__(415) 500-6800__, __jsaveri@saverilawfirm.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__Mikhail Cirkunovs__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _December 11, 1987_, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _California_
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| See Attachment A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

None.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 09/21/2023 | *Johnson v. Zuffa, LLC* | USDC-NV Case No. 2:21-cv-01189-RFB-BNW | Granted |
| | *Davis v. Zuffa, LLC* | USDC-NV Case No. 2:25-cv-00946-RFB-BNW | Pending |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
)
COUNTY OF San Francisco )

Joseph R. Saveri, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 6th day of June, 2025.

_____
Notary Public or Clerk of Court

LORI DENISE TYLER
Notary Public - California
Solano County
Commission # 2485176
My Comm. Expires Mar 22, 2028

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate __Michael J. Gayan__, (name of local counsel) Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

4101 Meadows Lane, Suite 100
(street address)

Las Vegas, Nevada, 89107
(city) (state) (zip code)

(702) 333-7777, mike@claggettlaw.com
(area code + telephone number) (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Michael J. Gayan_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_/s/ Mikhail Cirkunovs_
(party's signature)

Mikhail Cirkunovs
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

Designated Resident Nevada Counsel's signature

11135                              mike@claggettlaw.com
Bar number                         Email address

APPROVED:

Dated: this _13_ day of ___June___, 20_25_.

_____
UNITED STATES DISTRICT JUDGE

5

Attachment A

## COURTS TO WHICH JOSEPH R. SAVERI IS ADMITTED

| COURT | DATE |
| --- | --- |
| California (Cal Bar No. 130064) | Admitted December 11, 1987 |
| Northern District of California | December 11, 1987 |
| Central District of California | September 26, 1995 |
| Southern District of California | September 28, 1995 |
| Eastern District of California | July 25, 2008 |
| Eastern District of Michigan | August 24, 2009 |
| Eastern District of Wisconsin | March 5, 2010 |
| Northern District of Illinois | March 11, 2015 |
| First Circuit Court of Appeal | May 20, 2004 |
| Second Circuit Court of Appeal | February 13, 2006 |
| Fifth Circuit Court of Appeal | January 26, 2009 |
| Seventh Circuit Court of Appeal | July 12, 1996 |
| Eighth Circuit Court of Appeal | December 11, 2003 |
| Ninth Circuit Court of Appeal | December 11, 1987 |
| Federal Circuit Court of Appeal | December 19, 2007 |
| United States Supreme Court | December 13, 2004 |



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### <u>JOSEPH RICHARD SAVERI</u>

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby JOSEPH RICHARD SAVERI, #130064 was on the 11th day of December 1987, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 23rd day of December 2024.

JORGE E. NAVARRETE
Clerk/Executive Officer of the Supreme Court

By: _____
D. Urzua, Assistant Deputy Clerk