# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>PLAINTIFFS,<br><br>v.<br><br>ZUFFA, LLC, TKO OPERATING COMPANY, LLC f/k/a ZUFFA PARENT LLC (d/b/a ULTIMATE FIGHTING CHAMPIONSHIP and UFC), and ENDEAVOR GROUP HOLDINGS, INC.,<br><br>DEFENDANTS. | No.: 2:21-cv-01189-RFB<br><br>**JOINT STIPULATION TO ADVANCE STATUS CONFERENCE** |
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-914-RFB |
| Phil Davis, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>Defendants. | No.: 2:25-cv-00946-RFB |

.

Plaintiffs Kajan Johnson, Clarence Dollaway, and Tristan Connelly (the "*Johnson* Plaintiffs*"), Plaintiff Mikhail Cirkunovs (the "*Cirkunovs* Plaintiff"), Plaintiff Phil Davis (the "*Davis* Plaintiff") (collectively "Plaintiffs"), and Defendants Zuffa, LLC, TKO Operating Company, LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc. (collectively "Defendants," and, together with Plaintiffs, the "Parties"),  by and through their respective counsel of record, hereby stipulate and agree as follows:

1.      On June 30, 2025, the Court set a status conference for August 28, 2025, at 1:00pm in the matters of *Johnson et al. v. Zuffa, LLC dba Ultimate Fighting Championship et al.*, 2:21-cv-01189, ECF No. 202; *Cirkunovs v. Zuffa LLC et al.*, 2:25-cv-00914, ECF No.  9; and *Davis v. Zuffa, LLC et al.*, 2:25-cv-00946, ECF No.  13.

2.      Due to a scheduling conflict arising from a family matter, counsel for Defendants is unavailable to attend the status conference as currently scheduled.

3.      Defendants requested, and Plaintiffs have agreed, to advance the status conference by one or two days, from August 28, 2025, to either August 27, 2025 or August 26, 2025.

4.      Accordingly, the Parties jointly stipulate and respectfully request that the Court reschedule the status conference currently set for August 28, 2025, to either August 27, 2025 or August 26, 2025.

5.      This joint stipulation does not affect any other existing deadlines previously set by the Court in these matters.

Respectfully Submitted,

By: _s/ Eric L. Cramer_
Eric L. Cramer (*Pro hac vice*)
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Telephone: +1 (215) 875-3000
Email: ecramer@bm.net
Email: mdellangelo@bm.net
Email: pmadden@bm.net

Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)
Robert C. Maysey (*Pro Hac Vice*)
BERGER MONTAGUE PC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Phone: (415) 215-0962
jdavis@bm.net
kgibboney@bm.net
rmaysey@bm.net

*Counsel for Plaintiffs and the Proposed Classes*

Benjamin D. Brown (*Pro Hac Vice*)
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
COHEN MILSTEIN SELLERS & TOLL, PLLC
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

Joseph R. Saveri (*Pro hac vice*)
Christopher Young (*Pro hac vice*)
Kevin E. Rayhill (P*ro hac vice*)
JOSEPH SAVERI LAW FIRM, INC.
601 California St., Suite 1000
San Francisco, CA 94108
Telephone: +1 (415) 500-6800
Facsimile: +1 (415) 395-9940
Email: jsaveri@saverilawfirm.com
Email: krayhill@saverilawfirm.com
Email: cyoung@saverilawfirm.com

Dated: July 29, 2025

By: _s/ William A. Isaacson_
WILLIAM A. ISAACSON (*Pro hac vice*)
wisaacson@DIRLLP.com
JESSICA PHILLIPS (*Pro hac vice*)
jphillips@DIRLLP.com
DUNN ISAACSON RHEE LLP
401 Ninth Street NW
Washington, DC 20004

CHRISTOPHER S. YATES (*Pro hac vice*)
chris.yates@lw.com
AARON T. CHIU (*Pro hac vice*)
aaron.chiu@lw.com
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Tel: (415) 395-8095

SEAN M. BERKOWITZ (*Pro hac vice*)
sean.berkowitz@lw.com
LATHAM & WATKINS LLP
330 North Wabash Ave, Suite 2800
Chicago, IL 60611

LAURA WASHINGTON (*Pro hac vice*)
laura.washington@lw.com
LATHAM & WATKINS LLP
10250 Constellation Blvd, Suite 1100
Los Angeles, CA 90067

DAVID L. JOHNSON (*Pro hac vice*)
david.johnson@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street NW, Suite 1000
Washington, D.C. 20004

3

1   W. Joseph Bruckner (*Pro hac vice*)
    Brian D. Clark (*Pro hac vice*)
2   LOCKRIDGE GRINDAL NAUEN PLLP
    100 Washington Ave S, Suite 2200
3   Minneapolis, MN 55401
    Phone: (612) 596-4001/Fax: (612) 339-0981
4   wjbruckner@locklaw.com
    bdclark@locklaw.com
5
    Kyle J. Pozan (*Pro hac vice*)
6   LOCKRIDGE GRINDAL NAUEN PLLP
    1165 N. Clark Street, Ste. 700
7   Chicago, IL 60610
    Phone: (612) 339-6900
8   Email: kjpozan@locklaw.com

9
    *Additional Counsel for Plaintiffs and the*
10  *Proposed Classes*

11  Michael J. Gayan
12  CLAGGETT & SYKES
    4101 Meadows Lane, Suite 100
13  Las Vegas, NV 89107
    Tel: (702) 333-7777
14  Fax: (702) 655-3763
    mike@claggettlaw.com
15
    *Liaison Counsel for Plaintiffs and the*
16  *Proposed Classes*

DONALD J. CAMPBELL (No. 1216)
djc@campbellandwilliams.com
J. COLBY WILLIAMS (No. 5549)
jcw@campbellandwilliams.com
CAMPBELL & WILLIAMS
700 South 7th Street
Las Vegas, Nevada 89101
Tel: (702) 382-5222

*Attorneys for Defendant Zuffa, LLC, TKO
Operating Company, LLC, and Endeavor
Group Holdings, Inc.*

17
18
19
20
21
22
23
24
25
26
27
28

4

1

### CERTIFICATE OF SERVICE

2

3    The undersigned hereby certifies that the foregoing document was served on July 29, 2025,

via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.

4    Date: July 29, 2025

5

6

7                                                    *s/ William A. Isaacson*
                                                     William A. Isaacson
8                                                    DUNN ISAACSON RHEE LLP

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO ADVANCE STATUS CONFERENCE

CASE NOS.  2:21-CV-1189-RFB-BNW; 2:25-CV-914-RFB; 2:25-CV-946-RFB

1        **IN THE UNITED STATES DISTRICT COURT**

2            **FOR THE DISTRICT OF NEVADA**

3

4    KAJAN JOHNSON, CLARENCE
     DOLLAWAY, and TRISTAN CONNELLY, on
5    behalf of themselves and all others similarly
     situated,                                              No.: 2:21-cv-01189-RFB
6
                    PLAINTIFFS,
7                                                           **[PROPOSED] ORDER GRANTING
             v.                                             JOINT STIPULATION TO ADVANCE
8                                                           STATUS CONFERENCE**
     ZUFFA, LLC, TKO OPERATING COMPANY,
9    LLC f/k/a ZUFFA PARENT LLC (d/b/a
     ULTIMATE FIGHTING CHAMPIONSHIP and
10   UFC), and ENDEAVOR GROUP HOLDINGS,
     INC.,
11
                    DEFENDANTS.
12   Mikhail Cirkunovs, on behalf of himself and all
     others similarly situated,
13
                    Plaintiff,
14
             v.
15
     Zuffa LLC, TKO Operating Company, LLC
16   f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting    No.: 2:25-cv-914-RFB
     Championship and UFC) and Endeavor Group
17   Holdings, Inc.,
18                  Defendants.
19   Phil Davis, on behalf of himself and all others
     similarly situated,
20
                    Plaintiff,
21
             v.
22
     Zuffa LLC, TKO Group Holdings, Inc. (d/b/a
23   Ultimate Fighting Championship and UFC), and    No.: 2:25-cv-00946-RFB
     Endeavor Group Holdings, Inc.,
24
                    Defendants.
25

26

27        .

28

                                    1

1    Upon review of the Parties Joint Stipulation to Advance Status Conference (ECF No. 220),

2    and good causing appearing, **IT IS HEREBY ORDERED** that the status conference currently set

3    for August 28, 2025, at 1:00 p.m. is **ADVANCED** to                    August 26, 2025], at

4    10:00 a.m.

5    Dated this 30th day of July, 2025

6    _____
     Richard F. Boulware, II

7    United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2