1
2
3
4
5

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

6
7

Case # 2:25-cv-914

8  Mikhail Cirkunovs, on behalf of himself and
   all others similarly situated,                         )
9                                                          )     **VERIFIED PETITION FOR**
                                                           )     **PERMISSION TO PRACTICE**
                                                           )     **IN THIS CASE ONLY BY**
10              Plaintiff(s),                              )     **ATTORNEY NOT ADMITTED**
                                                           )     **TO THE BAR OF THIS COURT**
11       vs.                                               )     **AND DESIGNATION OF**
                                                           )     **LOCAL COUNSEL**
12  Zuffa LLC, TKO Group Holdings, Inc.                   )
    (d/b/a Ultimate Fighting Championship and             )
13  UFC), and Endeavor Group Holdings, Inc.,              )     FILING FEE IS $250.00
                                                           )
14                                                         )
                Defendant(s).                              )
15                                                         )

16       _____William A. Isaacson_____, Petitioner, respectfully represents to the Court:
                    (name of petitioner)

17       1.      That Petitioner is an attorney at law and a member of the law firm of

18                              Dunn Isaacson Rhee LLP
                                     (firm name)

19                                   401 Ninth Street, N.W.
20  with offices at _____,
                                     (street address)

21       Washington_____, District of Columbia_____, 20004____,
22          (city)                           (state)                  (zip code)

23       (202) 240-2900_____, wisaacson@dirllp.com_____.
         (area code + telephone number)        (Email address)

24       2.      That Petitioner has been retained personally or as a member of the law firm by

25  Zuffa LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc.
                                      [client(s)]

26
27  to provide legal representation in connection with the above-entitled case now

28  pending before this Court.

                                                                        Rev. 5/16

3.    That since _____7/29/1988_____, Petitioner has been and presently is a
                        (date)

member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                              (state)

where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| SEE ATTACHMENT A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2    FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                        _____
                                                              Petitioner's signature
     STATE OF WASHINGTON, DC )

5    COUNTY OF _____ )

6

7        William A. Isaacson      , Petitioner, being first duly sworn, deposes and says:

8    That the foregoing statements are true.

9                                                        _____
                                                              Petitioner's signature

10   Subscribed and sworn to before me this

11    25th  day of  AUGUST          ,  2025       .

12                                              Sarah H. Lee
                                                Notary Public, District of Columbia.
13   _____            My Commission Expires 4/14/2028
         Notary Public or Clerk of Court

14

15

16                   **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
                     **THE BAR OF THIS COURT AND CONSENT THERETO.**

17       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

18   believes it to be in the best interests of the client(s) to designate _____ J. Colby Williams ____,
                                                                              (name of local counsel)
19   Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20   above-entitled Court as associate resident counsel in this action. The address and email address of

21   said designated Nevada counsel is:

22
                                       710 South 7th Street
23   _____,
                                        (street address)

24          Las Vegas                         Nevada                         89101
25   _____,        _____,        _____,
            (city)                            (state)                      (zip code)

26      702-382-5222                      jcw@cwlawlv.com
     _____,        _____.
27   (area code + telephone number)         (Email address)

28                                          4                                    Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  **APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

6

7  The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as

8  his/her/their Designated Resident Nevada Counsel in this case.
   (name of local counsel)

9

10  /s/ Riche McNight
    (party's signature)

11  Riche McNight, Chief Legal Officer, TKO

12  (type or print party name, title)

13  _____

14  (party's signature)

15  _____

16  (type or print party name, title)

17  **CONSENT OF DESIGNEE**
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  Designated Resident Nevada Counsel's signature

21  5549                    jcw@cwlawlv.com

22  Bar number              Email address

23  APPROVED:

24  Dated: this _27_ day of ___August___, 20_25_.

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# William A Isaacson

was duly qualified and admitted on July 29, 1988 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August 25, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

Issued By:

David Chu - Director, Membership
District of Columbia Bar Membership

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email*
*memberservices@dcbar.org.*

**ATTACHMENT A**

**TO VERIFIED PETITION OF WILLIAM A. ISAACSON FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

| COURT | DATE ADMITTED | BAR NUMBER |
|---|---|---|
| District of Columbia Court of Appeals | 7/29/1988 | 414788 |
| United States District Court, District of Columbia | 12/5/1988 | 414788 |
| U.S. District Court, District of Maryland | 7/16/1993 | 11472 |
| United States Supreme Court | 4/26/2004 | 250855 |
| U.S. Court of Appeals for the District of Columbia | 10/31/1990 | N/A* |
| U.S. Court of Appeals for the Federal Circuit | 2/2/2016 | N/A* |
| U.S. Court of Appeals for the Second Circuit | 1/22/2014 | 90559 |
| U.S. Court of Appeals for the Third Circuit | 6/24/2010 | N/A* |
| U.S. Court of Appeals for the Fourth Circuit | 8/21/1992 | N/A* |
| U.S. Court of Appeals for the Sixth Circuit | 1/24/2007 | N/A* |
| U.S. Court of Appeals for the Ninth Circuit | 12/2/2016 | N/A* |
| U.S. Court of Appeals for the Tenth Circuit | 9/14/2010 | N/A* |
| U.S. Court of Appeals for the Eleventh Circuit | 04/19/2021 | N/A* |
| U.S. District Court, District of Colorado (inactive) | 02/28/2018 | N/A* |
| Pennsylvania Supreme Court (inactive) | 11/19/1987 | 50240 |
| U.S. Court of Appeals for the Fifth Circuit (inactive) | 05/27/2000 | N/A* |
| U.S. Court of Appeals for the Eighth Circuit (inactive) | 11/30/1988 | 88-852 |

*Court does not issue bar numbers