1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case # ___2:25-cv-914___

Mikhail Cirkunovs, on behalf of himself and
all others similarly situated,

        Plaintiff(s),

        vs.

Zuffa LLC, TKO Operating Company, LLC
f/k/a Zuffa Parent LLC (d/b/a Ultimate
Fighting Championship and UFC), and
Endeavor Group Holdings, Inc.,

        Defendant(s).

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

      ___Agbeko C. Petty___, Petitioner, respectfully represents to the Court:
      (name of petitioner)

    1.    That Petitioner is an attorney at law and a member of the law firm of

___Dunn Isaacson Rhee LLP___
(firm name)

with offices at ___401 Ninth Street, N.W.___,
                (street address)

___Washington___, ___District of Columbia___, ___20004___
   (city)              (state)         (zip code)

___(202) 240-2900___, ___apetty@dirllp.com___.
(area code + telephone number)    (Email address)

    2.    That Petitioner has been retained personally or as a member of the law firm by

___Zuffa LLC, TKO Group Holdings, Inc., and Endeavor Group Holdings, Inc.___
[client(s)]

to provide legal representation in connection with the above-entitled case now

pending before this Court.

Rev. 5/16

3.    That since _____04/19/2023_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of ___District of Columbia___
                                                                                                    (state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.    That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Eastern District of New York | July 3, 2018 | 5525381 |
| Southern District of New York | April 3, 2018 | 5525381 |
| Eastern District of Texas | November 21, 2024 | |
| District Court for the District of Columbia | January 18, 2024 | 90011766 |
| | | |
| | | |
| | | |

5.    That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

District of Columbia; New York

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                                          _____
                                                                    Petitioner's signature
   STATE OF WASHINGTON DC        )

5                                 )
   COUNTY OF _____       )

6

7        Agbeko C. Petty        , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                                          _____
                                                                    Petitioner's signature
10  Subscribed and sworn to before me this

11     25th   day of  AUGUST          ,  2025       .

12

13     _____        Sarah M. Lee
              Notary Public or Clerk of Court    Notary Public, District of Columbia
14                                              My Commission Expires 4/14/2028

15

16            **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
              **THE BAR OF THIS COURT AND CONSENT THERETO.**
17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

   believes it to be in the best interests of the client(s) to designate _____ J. Colby Williams _____,
19                                                                          (name of local counsel)
   Attorney at Law, member of the State of Nevada and previously admitted to practice before the
20
   above-entitled Court as associate resident counsel in this action. The address and email address of
21
   said designated Nevada counsel is:
22

23                                        710 South 7th Street
   _____.
                                          (street address)
24           Las Vegas                                Nevada                        89101
   _____,  _____,  _____.
25            (city)                                  (state)                     (zip code)
            702-382-5222                          jcw@cwlawlv.com
26  _____,  _____.
      (area code + telephone number)                (Email address)
27

28                                              4                               Rev. 5/16

1  By this designation the petitioner and undersigned party(ies) agree that this designation constitutes

2  agreement and authorization for the designated resident admitted counsel to sign stipulations

3  binding on all of us.

4

5  ### APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

6

7  The undersigned party(ies) appoint(s) _____ J. Colby Williams _____ as

   (name of local counsel)

8  his/her/their Designated Resident Nevada Counsel in this case.

9

10  _/s/ Riche McNight_____
    (party's signature)

11  Riche McNight, Chief Legal Officer, TKO
    (type or print party name, title)

12

13  _____
    (party's signature)

14

15  _____
    (type or print party name, title)

16

17  ### CONSENT OF DESIGNEE
    The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

18

19

20  _____
    Designated Resident Nevada Counsel's signature

21  5549                      jcw@cwlawlv.com
    Bar number                Email address

22

23  APPROVED:

24  Dated: this __27__ day of _____August_____, 20 25 .

25

26  _____
    UNITED STATES DISTRICT JUDGE

27

28                          5                          Rev. 5/16



On behalf of *JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that*

# Agbeko Cynthia Petty

*was duly qualified and admitted on April 19, 2023 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.*

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 25, 2025.**

*JULIO A. CASTILLO*
*Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership*
*District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*