**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Mikhail Cirkunovs, | Case No. 2:25-cv-00914-RFB-BNW |
| Plaintiffs, | **ORDER** |
| v. | |
| Zuffa LLC, et al., | |
| Defendants. | |

Plaintiffs filed a motion to seal certain exhibits in support of its statement regarding missing discovery (at ECF No. 72). ECF No. 73. They also filed a motion to seal certain exhibits to the October 2025 joint status report (at ECF No. 75). ECF No. 76. The sealed documents are currently at ECF Nos. 74 and 77. Plaintiffs rely on the protective order entered into by the parties as the rationale for sealing/redacting documents in both motions. Stipulated protective orders alone do not justify sealing court records. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1183 (9th Cir. 2006).

Rather than respond to these motions, Defendants filed their own motions to seal the same documents identified in Plaintiffs' motions. ECF Nos. 79 and 84.

**IT IS THEREFORE ORDERED** that Plaintiffs' motions to seal (ECF Nos. 73 and 76) are **DENIED** without prejudice. It appears it is Defendants who wish to maintain the documents in question under seal given the motions they filed at ECF Nos. 79 and 84. Thus, this Court will resolve those motions in due course. However, the Clerk's Office is directed to maintain ECF Nos. 74 and 77 under seal until further orders from the Court.

DATED: December 4, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE