# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| KAJAN JOHNSON, CLARENCE DOLLAWAY, and TRISTAN CONNELLY, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>                    Defendants. | Case No. 2:21-cv-01189-RFB-BNW<br><br>**JOINT MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES BEFORE MAGISTRATE JUDGE WEKSLER; [PROPOSED] ORDER** |
| MIKHAIL CIRKUNOVS, on behalf of himself and all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>                    Defendants. | No.: 2:25-cv-00914-RFB-BNW |
| PHIL DAVIS, on behalf of himself and all others similarly situated,<br>                    Plaintiff,<br><br>          v.<br><br>Zuffa LLC, TKO Group Holdings, Inc. (d/b/a Ultimate Fighting Championship and UFC), and Endeavor Group Holdings, Inc.,<br><br>                    Defendants. | No.: 2:25-cv-00946-RFB-BNW |

Case No. 2:21-cv-01189-RFB-BNW

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICE; [PROPOSED ORDER]

The Parties, by and through their undersigned counsel, move this Court, pursuant to Local Rule 7-2 and the Individual Practices of the Honorable Magistrate Judge Brenda Weksler, for a brief remote conference to discuss sealing procedure under the Stipulated Protective Order (*Johnson*, ECF No. 248), the Court's preference for future sealing practices, and an efficient practice in relation to confidential third party productions. The parties seek this guidance in light of recent orders entered by the Court as to party sealing filings. Plaintiffs also seek this guidance in light of Judge Weksler's order denying the addendum to the Stipulated Protective Order executed as to third-party Iridium Sports Agency, LLC (*Johnson*, ECF No. 348), and on that basis likewise seek a continuance of the February 9, 2026 filing deadline for an amended addendum until after the conference.

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES; [PROPOSED ORDER]

Respectfully Submitted,                          Dated:  February 6, 2026

By:  /s/ *Joseph R. Saveri*                       By:  /s/ *Joseph Axelrad*
Joseph R. Saveri (*Pro hac vice*)                JOSEPH AXELRAD
Christopher Young (*Pro hac vice*)               (*Pro hac vice*)
Kevin E. Rayhill (*Pro hac vice*)                joseph.axelrad@lw.com
Itak Moradi (*Pro hac Vice*)                     LAURA WASHINGTON
**JOSEPH SAVERI LAW FIRM, LLP**                  (*Pro hac vice*)
601 California St., Suite 1505                    laura.washington@lw.com
San Francisco, CA 94108                           ROBERT MEDINA
Telephone: +1 (415) 500-6800                       (*Pro hac vice*)
Facsimile: +1 (415) 395-9940                       robert.medina@lw.com
Email: jsaveri@saverilawfirm.com                   ADAM B. PETERSON
Email: krayhill@saverilawfirm.com                  (*Pro hac vice*)
Email: cyoung@saverilawfirm.com                    adam.peterson@lw.com
Email: imoradi@saverilawfirm.com                   **LATHAM & WATKINS LLP**
                                                   10250 Constellation Blvd, Suite 1100
                                                   Los Angeles, CA 90067
Eric L. Cramer (*Pro hac vice*)                    Tel: (424) 653-5500
Michael Dell'Angelo (*Pro hac vice*)
Patrick F. Madden (*Pro hac vice*)                 CHRISTOPHER S. YATES
**BERGER MONTAGUE PC**                             (*Pro hac vice*)
1818 Market St., Suite 3600                         chris.yates@lw.com
Philadelphia, PA 19103                              AARON T. CHIU
Telephone: +1 (215) 875-3000                         (*Pro hac vice*)
Email: ecramer@bm.net                                aaron.chiu@lw.com
Email: mdellangelo@bm.net                            **LATHAM & WATKINS LLP**
Email: pmadden@bm.net                                505 Montgomery Street, Suite 2000
                                                     San Francisco, CA 94111
                                                     Tel: (415) 391-0600
Joshua P. Davis (*Pro Hac Vice*)
Kyla Gibboney (*Pro Hac Vice*)                       SEAN M. BERKOWITZ
Robert C. Maysey (*Pro Hac Vice*)                    (*Pro hac vice*)
**BERGER MONTAGUE PC**                               sean.berkowitz@lw.com
505 Montgomery Street, Suite 625                      **LATHAM & WATKINS LLP**
San Francisco, CA 94111                              330 North Wabash Ave, Suite 2800
Phone: (415) 215-0962                                Chicago, IL 60611
jdavis@bm.net                                        Tel: (312) 876-7700
kgibboney@bm.net
rmaysey@bm.net                                       WILLIAM A. ISAACSON
                                                     (*Pro hac vice*)
                                                     wisaacson@dirllp.com
                                                     JESSICA PHILLIPS
                                                     (*Pro hac vice*)
                                                     jphillips@dirllp.com
                                                     AGBEKO PETTY

Case No. 2:21-cv-01189-RFB-BNW                    3

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING
PRACTICES; [PROPOSED ORDER]

Benjamin D. Brown (*Pro Hac Vice)*
Richard A. Koffman (*Pro Hac Vice*)
Daniel H. Silverman (*Pro Hac Vice*)
**COHEN MILSTEIN SELLERS & TOLL, PLLC**
1100 New York Ave., N.W., Suite 500
Washington, DC 20005
Phone: (202) 408-4600/Fax: (202) 408 4699
bbrown@cohenmilstein.com
rkoffman@cohenmilstein.com
dsilverman@cohenmilstein.com

W. Joseph Bruckner (*Pro hac vice*)
Brian D. Clark (*Pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
Phone: (612) 596-4001/Fax: (612) 339-0981
wjbruckner@locklaw.com
bdclark@locklaw.com

Kyle J. Pozan (*Pro hac vice*)
**LOCKRIDGE GRINDAL NAUEN PLLP**
1165 N. Clark Street, Ste. 700
Chicago, IL 60610
Phone: (612) 339-6900
Email: kjpozan@locklaw.com

*Counsel for Plaintiffs and the Proposed Classes*

Michael J. Gayan
**CLAGGETT & SYKES**
4101 Meadows Lane, Suite 100
Las Vegas, NV 89107
Tel: (702) 333-7777
Fax: (702) 655-3763
mike@claggettlaw.com

*Liaison Counsel for Plaintiffs and the Proposed Classes*

(*Pro hac vice*)
apetty@dirllp.com
**DUNN ISAACSON RHEE LLP**
401 Ninth Street NW
Washington, DC 20004
Tel: (202) 240-2900

DONALD J. CAMPBELL (No. 1216)
djc@cwlawlv.com
J. COLBY WILLIAMS (No. 5549)
jcw@cwlawlv.com
**CAMPBELL & WILLIAMS**
710 South 7th Street
Las Vegas, NV 89101
Tel: (702) 382-5222

*Attorneys for Defendants Zuffa, LLC, TKO Operating Company, LLC, and Endeavor Group Holdings, Inc.*

## PROPOSED ORDER

Before this Court is a Joint Motion for Status Conference Regarding Protective Order and Sealing Practices and Continuance of February 9 Deadline to File Amended Protective Order Addendum regarding Iridium

IT IS HEREBY ORDERED that the Motion is **GRANTED**.

IT IS FURTHER ORDERED that a Status Conference is set for February 13, 2026 at 11:00 a.m.

**IT IS SO ORDERED.**

Dated: February 10, 2026

Honorable Brenda Weksler
United States Magistrate Judge

Case No. 2:21-cv-01189-RFB-BNW                5

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the foregoing document was served on February 6, 2026, via the Court's CM/ECF electronic filing system addressed to all parties on the e-service list.


                                        */s/ Joseph R. Saveri*
                                        Joseph R. Saveri
                                        **JOSEPH SAVERI LAW FIRM, LLP**

PLAINTIFFS' MOTION FOR STATUS CONFERENCE REGARDING PROTECTIVE ORDER AND SEALING PRACTICES; [PROPOSED ORDER]