Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com
thouston@mcdonaldcarano.com

Maaren A. Shah (*pro hac vice pending*)
Sami Rashid (*pro hac vice pending*)
Ellison Merkel (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 5th Ave
New York, NY 10016
Telephone: (212) 849-7000
maarenshah@quinnemanuel.com
samirashid@quinnemanuel.com
ellisonmerkel@quinnemanuel.com

Kristin Tahler (*pro hac vice pending*)
Will Sears (*pro hac vice pending*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S Figueroa St 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
kristintahler@quinnemanuel.com
willsears@quinnemanuel.com

*Attorneys for Endeavor Group Holdings, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Mikhail Cirkunovs, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>Zuffa LLC, TKO Operating Company, LLC f/k/a Zuffa Parent LLC (d/b/a Ultimate Fighting Championship and UFC) and Endeavor Group Holdings, Inc.,<br><br>      Defendants. | Case No. 2:25-cv-00914-RFB-BNW<br><br>**SUBSTITUTION OF COUNSEL FOR ENDEAVOR GROUP HOLDINGS, INC.** |

Please take notice under LR IA 11-6(c) that the undersigned parties stipulate and agree as follows. All relevant parties and counsel consent to this submission.

IT IS HEREBY STIPULATED AND AGREED that Defendant Endeavor Group Holdings, Inc. authorizes and consents to the substitution of Rory T. Kay and Emily M. Dennis, of the law firm McDonald Carano LLP, along with Maaren A. Shah, Sami Rashid, Ellison Merkel, Kristin Tahler, and Will Sears of the law firm Quinn Emanuel Urquhart & Sullivan as its counsel of record in the above-captioned matter in the place and stead of Aaron T. Chiu, Adam B. Peterson, Christopher S. Yates, David L. Johnson, Laura R. Washington, Robert B. Medina, Sean M. Berkowitz, and Joseph Axelrad of the law firm Latham & Watkins LLP, along with Agbeko C. Petty, Jessica Phillips, Benjamin Cabranes, and William A. Isaacson of the law firm Dunn Isaacson Rhee LLP, and Donald J. Campbell and J. Colby Williams of the law firm Campbell & Williams.

Dated:  03/30/2026                          Endeavor Group Holdings, Inc.

_Courtney Braun_
Courtney Braun (Mar 30, 2026 16:21:56 PDT)

IT IS FURTHER STIPULATED AND AGREED that Rory T. Kay and Emily M. Dennis, of the law firm McDonald Carano LLP, along with Maaren A. Shah, Sami Rashid, Ellison Merkel, Kristin Tahler, and Will Sears of the law firm Quinn Emanuel Urquhart & Sullivan be substituted in the above-captioned matter in the place and stead of Aaron T. Chiu, Adam B. Peterson, Christopher S. Yates, David L. Johnson, Laura R. Washington, Robert B. Medina, Sean M. Berkowitz, and Joseph Axelrad of the law firm Latham & Watkins LLP, along with Agbeko C. Petty, Jessica Phillips, Benjamin Cabranes, and William A. Isaacson of the law firm Dunn Isaacson Rhee LLP, and Donald J. Campbell and J. Colby Williams of the law firm Campbell & Williams, as counsel for Endeavor Group Holdings, Inc.

McDONALD CARANO LLP

Dated this  1st  day of  April , 2026.

By:_____
Rory T. Kay (NSBN 12416)
Emily M. Dennis (NSBN 16396)

2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rkay@mcdonaldcarano.com
edennis@mcdonaldcarano.com
thouston@mcdonaldcarano.com

QUINN EMANUEL URQUHART & SULLIVAN, LLP

Dated this 1st day of  April , 2026.

By: /s/ Maaren A. Shah
    Maaren A. Shah (*pro hac vice pending*)
    Sami Rashid (*pro hac vice pending*)
    Ellison Merkel (*pro hac vice pending*)
    Kristin Tahler (*pro hac vice pending*)
    Will Sears (*pro hac vice pending*)
    295 5th Ave
    New York, NY 10016

IT IS FURTHER STIPULATED AND AGREED that the undersigned counsel and law firms do hereby consent to withdraw from this matter and to be substituted as the attorneys for Endeavor Group Holdings, Inc., to be replaced by Rory T. Kay and Emily M. Dennis, of the law firm McDonald Carano LLP, along with Maaren A. Shah, Sami Rashid, Ellison Merkel, Kristin Tahler, and Will Sears of the law firm Quinn Emanuel Urquhart & Sullivan.

LATHAM & WATKINS LLP

Dated this 26 day of  March , 2026.

By: /s/ Joseph Axelrad
    Aaron T. Chiu
    Adam B. Peterson
    Christopher S. Yates
    David L. Johnson
    Laura R. Washington
    Robert B. Medina
    Sean M. Berkowitz
    Joseph Axelrad
    505 Montgomery Street, Suite 2000
    San Francisco, CA 94111

Dunn Isaacson Rhee LLP

Dated this 26 day of March, 2026.

By: /s/ Benjamin Cabranes
Agbeko C. Petty
Jessica Phillips
Benjamin Cabranes
William A. Isaacson
401 Ninth Street, N.W.
Washington, DC 20004

Campbell & Williams

Dated this 26 day of March, 2026.

By: /s/ Colby Williams
Donald J. Campbell
J. Colby Williams
710 South Seventh Street, Ste. A
Las Vegas, NV 89101

The above substitution of counsel is granted.    **IT IS SO ORDERED**

**DATED:** 1:03 pm, April 02, 2026

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

McDONALD CARANO

2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

4

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2026, a true and correct copy of **SUBSTITUTION OF COUNSEL FOR ENDEAVOR GROUP HOLDINGS, INC.** was served via the United States District Court CM/ECF system on all parties or persons requiring notice.

By: _/s/ Leah Jennings_
An employee of McDonald Carano LLP

6